# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICKY DAILEY, ) ) Plaintiff, ) vs. ) ) LINDA S. MCMAHON, Acting Commissioner ) of the Social Security Administration, ) ) Defendant. ) | 1:05-cv-306-RLY-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Ricky Dailey is not entitled to Supplemental Security Income based on his application filed on September 13, 2001, is **AFFIRMED.**

Date: 02/05/2007

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Distribution:

Thomas E. Kieper, UNITED STATES ATTORNEY'S OFFICE, tom.kieper@usdoj.gov

Charles D. Hankey, charleshankey@hankeylawoffice.com